JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAGGIO,<br><br>        Plaintiff,<br><br>    vs.<br><br>CBRE, INC.,<br><br>        Defendant. | Case No.  2:21−cv−03237 PA (JPRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**FRCP Rule 41(a)(1)(A)(ii)** |

**PURSUANT TO THE PARTIES' STIPULATION**, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark Raggio's action is dismissed with prejudice.  The Court hereby terminates all proceedings in this action.  The Parties shall bear their own costs and fees associated with this action and the dismissal.

Dated:  January 7, 2022

                                                Percy Anderson
                                      United States District Judge